In the Matter of CORNELIUS J. McCARTHY, Jr., an attorney and counsellor at law.

Argued November 5, 1956.

For the order: *Mr. H. Russell Morss, Jr.*

November 5, 1956.   Name of respondent stricken from the roll of attorneys and counsellors at law.

In the Matter of WALTER P. A. ENSOR, Jr., an attorney at law.

December 10, 1956.   Suspension lifted and respondent reinstated to the practice of law.